**EXHIBIT A**

E-FILED 2016 NOV 07 5:17 PM UNION - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR UNION COUNTY

| | | |
|---|---|---|
| RICHARD W. ALLISON, | * * | |
| Plaintiff, | * | NO. _____ |
| v. | * * | |
| PROFESSIONAL TRANSPORTION, INC., | * * * | PETITION AT LAW AND JURY DEMAND |
| Defendant. | * | |

COMES NOW the plaintiff and sets forth his claims for relief and states:

1. Plaintiff is a resident of Creston, Union County, Iowa.

2. Defendant is an active Indiana corporation with its principal place of business in Evansville, Indiana.

3. The incidents that form the basis for this suit occurred in Creston, Union County, Iowa. The amount in controversy in this cause of action exceeds the minimum jurisdictional amount for this court.

4. Plaintiff brings this action pursuant to the American With Disabilities Act, 42 U.S.C. § 12101 *et seq.*, which incorporates by reference the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and the Iowa Civil Rights Act, Iowa Code Chapter 216, to redress discrimination in employment based on Plaintiff's perceived or actual disability.

5. This court has jurisdiction over Plaintiff's claims pursuant to 42 U.S.C. §§12117(a) and 2000e-5(f)(3) and Iowa Code § 216.16(5).

6. Plaintiff began working for Defendant as a driver in September 2014.

7. Defendant fired Plaintiff on or about December 17, 2015.

8.   Plaintiff suffers from an addiction to opiates (painkillers). He receives methadone treatment in an attempt to end his painkiller addiction.

9.   Plaintiff has complied with all jurisdictional prerequisites to this action. Plaintiff's right-to-sue letters are attached. Plaintiff timely files this petition within ninety days of receipt of both right-to-sue letters.

10.   Plaintiff is a qualified individual within the meaning of 42 U.S.C. § 12111(8) and constructively or actually disabled as defined by Iowa Code § 216.2(5) in that Defendant perceived Plaintiff to have or Plaintiff actually did have disabilities, as set forth above.

11.   Had Plaintiff's impairments, as Defendant perceived them, been true, Plaintiff would have been substantially limited in one or more major life activities. Alternatively, Plaintiff's actual disabilities substantially limited Plaintiff in one or more major life activities.

12.   Defendant erroneously believed that Plaintiff had such perceived impairments or knew that Plaintiff had such actual impairments and discriminated against Plaintiff because of those actual or perceived impairments by firing Plaintiff.

13.   Plaintiff could have performed the essential functions of his job at the time Defendant fired him.

14.   Defendant is an "employer" and a "covered entity" under the Americans With Disabilities Act. Defendant is subject to the Iowa Civil Rights Act under Iowa Code §§ 216.2(6) & (7) and 216.6(6)(a).

15.   Plaintiff's aforesaid perceived or actual impairments and limitations were motivating factors or played a role in Defendant's decision to fire Plaintiff.

16.   Defendant's aforesaid actions against Plaintiff violated 42 U.S.C. § 12112 and Iowa Code § 216.6(1)(a).

E-FILED  2016 NOV 07 5:17 PM UNION - CLERK OF DISTRICT COURT

17. Plaintiff has suffered injuries and damages as a proximate result of Defendant's aforesaid conduct.

18. Defendant intentionally or recklessly disregarded Plaintiff's civil rights when it fired him.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount sufficient to fully and fairly compensate him for his injuries, including all relief available under the American With Disabilities Act, the Civil Rights Act of 1964, and the Iowa Civil Rights Act, together with punitive damages, attorney fees, expenses, the costs of this action, and interest thereon as provided by law.

## JURY DEMAND

COMES NOW the plaintiff and demands a trial by jury of all of the issues in the above cause of action.

/s/ *Harley C. Erbe*
Harley C. Erbe, AT002430
ERBE LAW FIRM
2501 Grand Avenue
Des Moines, Iowa 50312
Telephone: (515) 281-1460
Facsimile: (515) 281-1474
E-Mail: erbelawfirm@aol.com

ATTORNEY FOR PLAINTIFF

# AFFIDAVIT OF SERVICE

STATE OF IOWA )
)  Case No: _LACV 018136_
COUNTY OF POLK )  Date Received: _11/8/16_

I, being first duly sworn, depose and say that I received and served:

- [x] Original Notice
- [x] Petition
- [x] Jury Demand
- [ ] Subpoena
- [ ] Petition for Dissolution of Marriage
- [ ] Order for Pretrial Conference and Discovery
- [ ] Family Law Case Requirements Order
- [ ] Notice of Termination of Tenancy
- [ ] Confidential Information Form
- [ ] Rule to Show Cause
- [ ] Order Re: Mediation of Temporary Matters and Setting Hearing
- [ ] Notice of Forfeiture of Real Estate Contract
- [ ] Order
- [ ] Application for Rule to Show Cause
- [ ] Application for Hearing of Temporary Issues
- [ ] Summons
- [ ] Complaint
- [ ] Verification of Account Identification of Judgment Debtor, and Certificate Re: Military Service
- [ ] Appearance and Answer
- [ ] Notice of Non-judicial Foreclosure
- [ ] Notice to Quit
- [ ] Exhibit _____
- [ ] Other _____
- [ ] Attachments

Person Served: _Professional Transportation, Inc_

Date Served: _11-8-16_ / _11:05_ (A.M.)/P.M.

_400 E. Court Dsm, IA_
(Address)

Manner of Service
- [ ] Personally
- [ ] Dwelling House, to person residing therein who was over the age of 18.
- [ ] Apartment Building
- [ ] Spouse, who lives at the dwelling house.
- [x] Corporation/State Official

_C/o National Reg. Agents_
NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED

_[signature]_
Subscribed and sworn to me by Wendy Young
this _8_ day of _Nov_, 2016.

Service Fee: _50_

_[signature] Scott C. Gratias_
Notary Public for the State of Iowa

SCOTT C. GRATIAS
Commission Number 171343
My Commission Expires
October __, 2017